No. 758. Singer v. Illinois ex rel. Rusch.
Jurisdictional state-
ment distributed March 6, 1937. Decided March 15,

1937. *Per Curiam:* The appeal herein is dismissed for the reason that the judgment of the Supreme Court of the State of Illinois, sought here to be reviewed, is based upon a non-federal ground adequate to support it. *Callan* v. *Bransford,* 139 U. S. 197; *John* v. *Paullin,* 231 U. S. 583, 585. *Mr. Nat S. Ruvell* for appellant. No appearance for appellee.